FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 23, 2025

SEAN F. McAVOY, CLERK

1  Stephanie Van Marter
   Acting United States Attorney
2  Eastern District of Washington
   Laurel J. Holland
3  Assistant United States Attorney
   825 Jadwin Avenue
4  Post Office Box 21
   Richland, WA 99352
5  Telephone: (509) 353-2767

6

7  UNITED STATES DISTRICT COURT
   FOR THE EASTERN DISTRICT OF WASHINGTON

8  UNITED STATES OF AMERICA,          4:25-CR-6027-MKD

                                      INDICTMENT
9              Plaintiff,

                                      Vio.: 18 U.S.C. § 111(a)(1), (b)
10       v.                                 Assault on a Federal Officer
                                            (Counts 1-2)
11
   VICTOR MARTIN LARA-LOPEZ           18 U.S.C. § 1361
12 (a/k/a Victor M. Lara Lopez),      Depredation Against
                                      Government Property
13             Defendant.             (Count 3)

14       The Grand Jury charges:

15                              COUNT 1

16       On or about June 13, 2025, in the Eastern District of Washington, the

   Defendant, VICTOR MARTIN LARA-LOPEZ, did forcibly assault, resist, oppose,

17 impede, intimidate, and interfere with C.C., by means and use of a deadly and

18 dangerous weapon, while C.C. was employed as a Deportation Officer with

   Immigration and Customs Enforcement, and while C.C. was engaged in and on
19
   account of the performance of C.C.'s official duties, and in doing so, inflicted
20
   bodily injury upon C.C., in violation of 18 U.S.C. § 111(a)(1), (b).

21

INDICTMENT – 1

## COUNT 2

On or about June 13, 2025, in the Eastern District of Washington, the Defendant, VICTOR MARTIN LARA-LOPEZ, did forcibly assault, resist, oppose, impede, intimidate, and interfere with K.R., by means and use of a deadly and dangerous weapon, while K.R. was employed as a Deportation Officer with Immigration and Customs Enforcement, and while K.R. was engaged in and on account of the performance of K.R.'s official duties, and in doing so, inflicted bodily injury upon K.R., in violation of 18 U.S.C. § 111(a)(1), (b).

## COUNT 3

On or about June 13, 2025, in the Eastern District of Washington, the Defendant, VICTOR MARTIN LARA-LOPEZ, willfully and by means of use of his vehicle, did injure and commit a depredation against property of the United States and any department or agency thereof, specifically a vehicle owned by the Department of Homeland Security- Immigration and Customs Enforcement, and the resulting damage was in excess of $1,000, in violation of 18 U.S.C. § 1361.

DATED this 23rd day of July, 2025.

A TRUE BILL

[signature]

Stephanie Van Marter
Acting United States Attorney

[signature] just for

Laurel J. Holland
Assistant United States Attorney

INDICTMENT – 2