UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   v.<br><br>Victor Martin Lara-Lopez,<br><br>               Defendant. | No. 4:25-CR-6027-MKD-1<br><br>DEFENDANT'S SPEEDY TRIAL WAIVER AND STATEMENT OF REASONS IN SUPPORT OF THE MOTION TO CONTINUE TRIAL DATE |
|---|---|

My attorney has advised me of my right under the Speedy Trial Act, 18 U.S.C. § 3161, to go to trial within seventy (70) days after the Indictment was filed or my arrest, whichever was later. My attorney has also advised me that a continuance of the trial is needed and we have discussed the reasons for the continuance. A motion to continue the trial date has been or will be filed. I ask this Court to grant the motion and reset the trial from its current date of September 29, 2025, to a date no later than December 29, 2025, for the following reasons pursuant to 18 U.S.C. § 3161:

DEFENDANT'S SPEEDY TRIAL WAIVER AND STATEMENT OF REASONS
IN SUPPORT OF THE MOTION TO CONTINUE TRIAL DATE - 1

1 | <u>My attorney needs more time to finish his investigation, review the police reports</u>
2 | <u>with me and to prepare for trial. I need more time to discuss my case with my</u>
3 | <u>attorney, prepare for trial and consider all my options. Please continue my trial.</u>
4 | _____
5 | _____
6 | _____
7 | _____

8 |     I understand that if the Court grants the motion to continue, all time between
9 | the date the motion was filed and the new trial date will be excluded from the
10 | speedy trial calculations pursuant to the Speedy Trial Act.
11 |     I declare under penalty of perjury that the foregoing is true and correct.

                                                                                          Defendant

                                                                                         Date: 9-11-2025

    I have read this form and discussed its contents with my client.

                                                                                        Counsel for Defendant

                                                                                        Date: 9-11-25

DEFENDANT'S SPEEDY TRIAL WAIVER AND STATEMENT OF REASONS
IN SUPPORT OF THE MOTION TO CONTINUE TRIAL DATE - 2

I have translated this form into a language in which the Defendant is conversant. If questions have arisen, I have notified the Defendant's counsel of the questions and have not offered any advice or personal opinions.

_____ Fanuola Gutierrez
Interpreter

Date: 9/11/25

DEFENDANT'S SPEEDY TRIAL WAIVER AND STATEMENT OF REASONS
IN SUPPORT OF THE MOTION TO CONTINUE TRIAL DATE - 3