# United States District Court, Eastern District of Washington
## Magistrate Judge Alexander C. Ekstrom
### Richland

**USA v.  VICTOR MARTIN LARA-LOPEZ**         Case No.   **4:25-CR-6027-MKD-1**

**Change of Plea Hearing:**                                          **12/02/2025**

☒   Sara Gore, Courtroom Deputy           ☒   Laurel Holland, US Atty

                                          ☒   Ben Hernandez, Defense Atty

☐    US Probation / Pretrial Services     ☒   Interpreter - Natalia Rivera (video)

☒   Defendant present ☒ in custody USM    ☒   Court Reporter - Crystal Gonzalez (video)

---

☒   **Consent to Rule 11 Plea Before a Magistrate filed**          ☐   Conditions of Release maintained

                                          ☒   Defendant continued detained

## REMARKS

Oath administered to Defendant for change of plea.

Government presents elements and basis for plea.

Court advises Defendant of Constitutional Rights given up by plea of guilty

Defendant pleads guilty to Counts One and Two of the Indictment.

Plea Agreement 11(c)(1)(C) signed and filed.

Following a dialogue with the Defendant, the Court finds: Defendant is competent; Defendant's Guilty plea is knowing, voluntary and intelligently given; Defendant knows what the maximum penalties are; Defendant knows what his rights are; and that there is a factual basis for each plea. The Court accepted the Defendant's guilty plea to Counts One and Two of the Indictment.

Pre-Sentence Investigation Report ordered.

A Report and Recommendation will be filed recommending the acceptance of the Defendant's guilty plea.