FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 02 2025

SEAN F. McAVOY, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>Victor Martin Lara-Lopez,<br><br>Defendant. | Case No. : 4:25-CR-6027-MKD<br><br>CONSENT TO RULE 11 PLEA IN A FELONY CASE BEFORE A UNITED STATES MAGISTRATE JUDGE |

The Defendant has been advised of the right to enter a plea before a United States District Judge. The Defendant, defense counsel, and the attorney for the Government consent to have the Defendant's plea(s) taken by a United States Magistrate Judge pursuant to Fed.R.Cr.P. 11 and L.Cr.R. 11. The parties understand that if the Magistrate Judge recommends that the plea(s) of guilty be accepted, a pre-sentence investigation report will be ordered pursuant to Fed.R.Crim.P. 32. The parties further understand that objections to the Magistrate Judge's Report and Recommendation must be filed within the time provided in L.Cr.R. 11. The assigned District Judge will act on the Magistrate Judge's Report and Recommendation; decide whether to accept any plea agreement; adjudicate guilt; and determine and impose sentence.

DATED this 2nd day of December, 2025.

_____
Attorney for Defendant

_____
Laurel J. Holland
Assistant United States Attorney

_____
Defendant

_____
Interpreter for Defendant

CONSENT TO RULE 11 FELONY PLEA - 1