FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 16, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VICTOR MATIN LARA-LOPEZ,<br><br>Defendant. | No.   4:25-CR-06027-MKD<br><br>**ORDER ACCEPTING PLEA AGREEMENT** |

On April 16, 2026, the Court conducted a sentencing hearing in the above-captioned matter.  Assistant U.S. Attorney Laurel Holland appeared on behalf of the United States.  Defendant was present, represented by Alex B. Hernandez.  The Court previously found Defendant's pleas of guilty to Counts 1 and 2 of the Indictment to be knowing, intelligent, and voluntary and not induced by fear, coercion, or ignorance, ECF Nos. 37, 39.  After reviewing the presentence investigation report and hearing from counsel, the Court **ACCEPTS** the parties' Rule 11(c)(1)(C) plea agreement and sentences Defendant consistent with the agreement.

///

///

ORDER **-** 1

**IT IS SO ORDERED.**  The Clerk's Office is directed to enter this Order and provide copies to all counsel.

DATED April 16, 2026.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER  - 2